IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOHN ZELENIK and
PENNY ZELENIK                                              PLAINTIFFS

V                          NO. 3:06CV00049 JMM

RANDY JOHNSON d/b/a
JOHNSON MOVING & STORAGE                                   DEFENDANT

### ORDER OF DISMISSAL WITH PREJUDICE

It appearing that this cause has been settled and compromised to the mutual satisfaction of plaintiffs and defendant, the same should be, and hereby is, dismissed with prejudice.

IT IS SO ORDERED.

_____
THE HONORABLE JAMES M. MOODY

Oct 29, 2007
DATE

PREPARED BY:

ANDERSON, MURPHY & HOPKINS, L.L.P.
400 West Capitol Avenue, Suite 2470
Little Rock, Arkansas 72201
(501) 372-1887

By: _____
SCOTT D. PROVENCHER
BAR NO. 96148